JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDERICK PIÑA, | Case No. 2:25-cv-07942-MCS-SK |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Denying Pending Motions and Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 7, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE